**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY**

UNITED STATES OF AMERICA,
          Plaintiff,

v.
                                     **CRIMINAL NO. 5:06-00025**

ROBERT E. GRAHAM,
          Defendant,

and

STATE OF WEST VIRGINIA,
          Party-in-Interest.

## MOTION FOR A CERTIFICATE OF INNOCENCE

Comes now the Defendant, Robert E. Graham, by counsel, Harry P. Henshaw, III,

pursuant to the November 19, 2008, Order of the United States Court of Appeals for the

Fourth Circuit (attached hereto as Defendant's Exhibit A) and hereby requests a Certificate

of Innocence for the above-named Defendant, Robert E. Graham, as set forth in 28 U.S.C.

2513(b), to evidence this Court's Judgment Order entered March 20, 2008.

WHEREFORE, based upon the foregoing, Defendant, Robert E. Graham, requests

this Honorable Court grant his Motion and issue a Certificate of Innocence.

Respectfully submitted:

                                     ROBERT E. GRAHAM

                                     By Counsel:

Harry P. Henshaw, III, WVSB No. 1684
Suite 1204, Chase Tower
707 Virginia Street, East
Charleston, WV 25301
(304) 357-0890
(304) 357-0892 fax

henshaw@ntelos.net

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## BECKLEY

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**                                          **CRIMINAL NO. 5:06-00025**

**ROBERT E. GRAHAM,**
**Defendant,**

**and**

**STATE OF WEST VIRGINIA,**
**Party-in-Interest.**

### CERTIFICATE OF SERVICE

I, Harry P. Henshaw, III, counsel for Defendant Robert E. Graham, do hereby

certify that I have served a true and exact copy of the foregoing "Motion for a Certificate

of Innocence" via First Class United States Mail, postage prepaid, addressed as follows:

Hunter P. Smith, Jr., AUSA            Silas B. Taylor, Senior Deputy Attorney General
U.S. Department of Justice            Office of the Attorney General
United States Courthouse              State Capitol, Room #26
300 Virginia Street, East             Charleston, WV 25305
Charleston, WV 25301

this the 25th day of November, 2008.

By: _____
Harry P. Henshaw, III, WVSB No. 1684
Suite 1204, Chase Tower
707 Virginia Street, East
Charleston, WV 25301
(304) 357-0890
(304) 357-0892 fax
henshaw@ntelos.net

# DEFENDANT'S
# EXHIBIT   A

FILED: November 19, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-4106 (L)
(5:06-cr-00025)

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

ROBERT E. GRAHAM,

Defendant - Appellant

and

STATE OF WEST VIRGINIA,

Party-in-Interest

O R D E R

This Court's reversal of appellant's conviction was not based on technical or procedural grounds, but law and fact; therefore, a certificate of innocence is appropriate in accordance with 28 U.S.C. § 2513. Nonetheless, the district court is the most appropriate court to issue the certificate.

Accordingly, the motion for certificate of innocence is

dismissed without prejudice.

Entered at the direction of Judge Gregory with the concurrence of Judge Michael and Judge Bailey.

For the Court

/s/ Patricia S. Connor, Clerk