IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 5:06-00025

ROBERT E. GRAHAM


RESPONSE OF THE UNITED STATES TO
MOTION FOR A CERTIFICATE OF INNOCENCE

Comes now the United States of America, by Hunter P. Smith Jr., Assistant United States Attorney for the Southern District of West Virginia, in response to defendant's Motion for Certificate of Innocence.

The United States does not oppose this motion.


Respectfully submitted,

CHARLES T. MILLER
United States Attorney


s/Hunter P. Smith Jr.
HUNTER P. SMITH JR.
WV Bar No. 3467
Assistant U.S. Attorney
P.O. Box 1713
Charleston, WV   25326
Telephone:  (304) 345-2200
Fax:  (304) 347-5104
E-mail:  hunter.smith@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "Response of the United States to Motion for a Certificate of Innocence" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 2nd day of December 2008, to:

> Harry P. Henshaw, III, Esquire
> Suite 1204, Chase Tower
> 707 Virginia Street, East
> Charleston, WV 25301
> henshaw@ntelos.net
>
> Silas B. Taylor, Senior Deputy Attorney General
> Office of the Attorney General
> State Capitol, Room #26
> Charleston, WV 25305

> s/Hunter P. Smith Jr.
> HUNTER P. SMITH JR.
> WV Bar No. 3467
> Assistant U.S. Attorney
> P.O. Box 1713
> Charleston, WV    25326
> Telephone:  (304) 345-2200
> Fax:  (304) 347-5104
> E-mail:  hunter.smith@usdoj.gov