IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 5:06-00025

ROBERT E. GRAHAM


<u>ORDER</u>

Pending before the court is defendant's motion for a certificate of innocence.  For reasons explained in a memorandum opinion to be filed forthwith, that motion is DENIED.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED** this 17th day of December, 2008.

ENTER:

David A. Faber
United States District Judge